UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    CHRISTINE SAVAGE                      Chapter 7
                                            Case No. 09-74023-PJS
                                            Honorable Phillip J. Shefferly

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

       The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| FIA Card Services, NA<br>P.O. Box 24880<br>Oklahoma City, OK 73124-8809 | 8 | $123.58 |

Dated: April 4, 2011                           /s/ Charles L. Wells, III
                                                     Chapter 7 Trustee
                                                     903 N. Opdyke, Ste. A1
                                                     Auburn Hills, MI 48326
                                                     248-276-0285
                                                     7trusteewells@sbcglobal.net